IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VERISIGN, INC., | ) |
|        Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 1:15-cv-1028-LO-IDD |
| CENTRALNIC LIMITED, *et al.*, | ) ) ) |
|        Defendants. | ) |

## **NOTICE**

PLEASE TAKE NOTICE that on Friday, November 13, 2015, at 10:00 a.m. or as soon thereafter as counsel may be heard, the plaintiff, VeriSign, Inc., will present the Court with argument in support of its Motion to Strike Defendants' Opposition to Motion to Remand, filed herewith.

 

 /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email: thyland@hylandpllc.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 5th day of October, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Edward W. Cameron, Esquire
  Joanna L. Faust, Esquire
  Matthew H. Sorenson, Esquire
  CAMERON/MCEVOY, PLLC
  4100 Monument Corner Drive, Suite 420
  Fairfax, VA  22030

           /s/  Timothy B. Hyland
           Timothy B. Hyland
           Virginia Bar No. 31163
           Counsel for VeriSign, Inc.
           HYLAND LAW PLLC
           1818 Library Street, Suite 500
           Reston, VA  20190
           Tel.:   (703) 956-3566
           Fax:   (703) 935-0349
           Email:  thyland@hylandpllc.com